# Exhibit 1

```
Bk 22224 Pg219  #35864
03-29-2005 @ 09:51a
```

After Recording Return To:
OPTIMA MORTGAGE CORPORATION
15941 REDHILL AVENUE SUITE #100
TUSTIN, CALIFORNIA 92780
Loan Number: 0640520008

Prepared by:
Optima Mortgage Corp
15941 Redhill Ave Suite #100
Tustin, CA 92780

~~After Recording Return To:~~
TransContinental Title Co.
~~2:12~~ Tampa Rd Suite 101
Oldsmar, FL 34677
~~8 N-225-7877~~

572 PARK ST, STOUGHTON

───────────[Space Above This Line For Recording Data]───────────

## MORTGAGE  D-233107-20
                 T-466289

MIN: 1002547-0640520008-3

### DEFINITIONS

Words used in multiple sections of this document are defined below and other words are defined in Sections 3, 11, 13, 18, 20 and 21. Certain rules regarding the usage of words used in this document are also provided in Section 16.

(A) "Security Instrument" means this document, which is dated JUNE 22, 2004, together with all Riders to this document.
(B) "Borrower" is PAUL JONES A unmarried person

+9##70-42

Borrower is the mortgagor under this Security Instrument.
(C) "MERS" is Mortgage Electronic Registration Systems, Inc. MERS is a separate corporation that is acting solely as a nominee for Lender and Lender's successors and assigns. MERS is the mortgagee under this Security Instrument. MERS is organized and existing under the laws of Delaware, and has an address and telephone number of P.O. Box 2026, Flint, MI 48501-2026, tel. (888) 679-MERS.
(D) "Lender" is OPTIMA MORTGAGE CORPORATION

Lender is a CALIFORNIA CORPORATION                                organized
and existing under the laws of CALIFORNIA
Lender's address is 15941 REDHILL AVENUE SUITE #100, TUSTIN, CALIFORNIA 92780

(E) "Note" means the promissory note signed by Borrower and dated JUNE 22, 2004
The Note states that Borrower owes Lender TWO HUNDRED SEVENTY-FOUR THOUSAND FIVE HUNDRED FIFTY AND 00/100       Dollars (U.S. $274,550.00    ) plus interest.
Borrower has promised to pay this debt in regular Periodic Payments and to pay the debt in full not later than JULY 1, 2034.
(F) "Property" means the property that is described below under the heading "Transfer of Rights in the Property."
(G) "Loan" means the debt evidenced by the Note, plus interest, any prepayment charges and late charges due under the Note, and all sums due under this Security Instrument, plus interest.

Borrower Initials: PJ

MASSACHUSETTS–Single Family–Fannie Mae/Freddie Mac UNIFORM INSTRUMENT - MERS   DocMagic eForms 800-649-1362
Form 3022 01/01                            Page 1 of 13                         www.docmagic.com

20