UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

PAUL JONES

Plaintiff                                                                    Civil Action No. 1:19-cv-11076

      V.

DOLAN CONNLY P.C
JAMES W. DOLAN
BARBARA D. CONNLY
KATHLEEN M. ALLEN
DAVID A. MARSOCCI
CINDY SILVA
BANK OF NEW YORK MELLON
GREGORY A. CONNLY
ORLANS P.C
LINDA ORLANS
ALISON ORLANS
JANE DOE, and JOHN DOE,
SELECT PORTFOLIO SERVICING INC.

Defendants

## PLAINTIFFS MOTION TO STRIKE (DISMISS) DOCKET # 6

1. Now comes the plaintiff to request the court to strike (dismiss) Docket number six (6)

   plaintiffs "**Motion to void April 19, 2019 Second Foreclosure**" which plaintiff filed on



MAY 22, 2019

Paul Jones

*/s/ Paul Jones*

617-939-5417

Pj22765@gmail.com

572 Park Street

Stoughton, Ma 02072

PJ22765@gmail.com

# CERTIFICATE OF SERVICE

I hereby certify, under the penalties of perjury, that on June 19, 2019 I have made service of a copy of the attached motion to all defendant in this case by USPS first class mail.

Paul Jones

/s/ Paul Jones

617-939-5417

Pj22765@gmail.com

572 Park Street

Stoughton, Ma 02072

June 19, 2019