UNITED STATES DIASTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| PAUL JONES, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| DOLAN CONNLY, P.C., JAMES W. | ) | Case No.  19-cv-11076-FDS |
| DOLAN, BARBARA D. CONNLY, | ) | |
| KATHLEEN ALLEN, DAVID A. | ) | |
| MARSOCCI, CINDY SILVA, BANK OF | ) | |
| NEW YORK MELLON, GREGORY A. | ) | |
| CONNLY, ORLANS, P.C., LINDA | ) | |
| ORLANS, ALISON ORLANS, JANE DOE, | ) | |
| AND JOHN DOE, SELECT PORTFOLIO | ) | |
| SERVICING, INC., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## DEFENDANTS, DOLAN CONNLY, P.C., JAMES W. DOLAN, BARBARA D. CONNLY, KATHLEEN ALLEN, DAVID A. MARSOCCI and GREGORY A. CONNLY'S, MOTION TO DISMISS COMPLAINT UNDER 12(b)(6)

**NOW COME** the named six (6) Defendants, Dolan Connly, P.C., James W. Dolan, Barbara D. Connly, David A. Marsocci and Gregory A. Connly, and move for an Order, pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, to dismiss the Complaint, with prejudice, together with such further relief as the Court may deem just and proper.  As grounds in support hereof, the Defendants file the attached Memorandum of Law.

Dated: June 20, 2019                    Respectfully Submitted,

                                        The Defendants,
                                        DOLAN CONNLY, P.C., JAMES W.
                                        DOLAN, BARBARA D. CONNLY,
                                        KATHLEEN. ALLEN, DAVID A.
                                        MARSOCCI, AND GREGORY A.
                                        CONNLY,
                                        By their Attorney,


                                        /s/ David A. Marsocci
                                        David A. Marsocci, Esq.
                                        Dolan Connly, P.C.
                                        BBO# 629249
                                        50 Redfield Street, Suite 202
                                        Boston, MA 02122
                                        (617) 265-3100
                                        dmarsocci@dolanconnly.com

Dated:  June 20, 2019




## Certificate of Service

I, David A. Marsocci, Esq., hereby certify that a true copy of the above document was served upon the following parties by first class on this the 20th day of June, 2019.

        Paul Jones
        572 Park Street
        Stoughton, MA 02072

                                        /s/ David A. Marsocci
                                        David A. Marsocci
                                        *Counsel for Defendants*