# UNITED STATES DISTRICT COURT

**FILED IN CLERKS OFFICE**
2019 JUN 25 PM 4: 13
U.S. DISTRICT COURT
DISTRICT OF MASS.

для the

## DISTRICT OF MASSACHUSETTS

**PAUL JONES**
*Plaintiff*

v.

Civil Action No.: **1:19-CV-11076-FDS**

**DOLAN CONNLY P.C., ET AL.**
*Defendant*

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Alison Orans
1650 West Big Beaver RD
Troy, MI 48084

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) --- or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) --- you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Paul Jones
572 Park St
Stoughton, MA 02072

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**ROBERT M. FARRELL**
*CLERK OF COURT*

/s/ - Matthew McKillop
*Signature of Clerk or Deputy Clerk*



ISSUED ON 2019-05-09 14:01:54.0, Clerk USDC DMA

Civil Action No.: 1:19-CV-11076-FDS

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for (name of individual and title, if any) Alison Orlans
was received by me on (date) MAY 11, 2019.

☐ I personally served the summons on the individual at (place)_____

_____ on (date)_____ ; or

☐ I left the summons at the individual's residence or usual place of abode with (name)_____

_____, a person of suitable age and discretion who resides there,

on (date)_____, and mailed a copy to the individual's last known address; or

☒ I served the summons on (name of individual) Julie Moran, who is designated by law to accept service of process on behalf of (name of organization)_____ Alison Orlans on (date) 06/07/19 ; or

☐ I returned the summons unexecuted because_____ ; or

☐ Other (specify) :

My fees are $ _____ for travel and $_____ for services, for a total of $ 26.00 _____ .

I declare under penalty of perjury that this information is true.

06/07/19
*Date*

*Server's Signature*

Liana Williams
*Printed name and title*

12 Westminster Ave Roxma
*Server's Address*
02119

Additional information regarding attempted service, etc:

# USPS Tracking®

FAQs > (https://www.usps.com/faqs/uspstracking-faqs.htm)

Track Another Package +

Remove ✕

**Tracking Number:** 70151520000018143789

**On Time**

**Expected Delivery on**

**MONDAY**
**10** JUNE 2019 ⓘ   by **8:00pm** ⓘ

## ✓ Delivered

June 10, 2019 at 2:38 pm
Delivered, Left with Individual
WALTHAM, MA 02452

Get Updates ∨

---

Text & Email Updates                    ∨

Tracking History                        ∨

Product Information                     ∨

---

See Less ∧

Can't find what you're looking for?

