**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

<u>Paul Jones</u>

    Plaintiff   19-cv-11076-FDS

<u>Dolan Connly P.C. et al</u>

    Defendant

**NOTICE OF DEFAULT**

Upon application of the Plaintiffs, <u>Paul Jones</u> for an order of Default for failure of the Defendant, <u>Orlans P.C., Linda Orlans, Alison Orlans</u>, to plead or otherwise defend as provided by Rule 55(a) of the Federal Rules of Civil Procedure, notice is hereby given that the Defendant has been defaulted this <u>21st</u> of <u>August</u>, <u>2019</u>.

ROBERT M. FARRELL
CLERK OF COURT

By: /s/ Taylor Halley
Deputy Clerk