# EXHIBIT 1

ORLANS P.C REGISTERED AGENT

MASSACHUSETTS SECRETARY OF STATE




**William Francis Galvin**
Secretary of the Commonwealth of Massachusetts

# Corporations Division

## Business Entity Summary

**ID Number: 001265582**

[Request certificate] [New search]

**Summary for: ORLANS PC**

| | |
|---|---|
| **The exact name of the Foreign Corporation:** | ORLANS PC |
| **Entity type:** Foreign Corporation | |
| **Identification Number:** 001265582 | **Old ID Number:** |
| **Date of Registration in Massachusetts:** 04-01-2017 | |
| | **Last date certain:** |
| **Organized under the laws of: State:** MI **Country:** USA **on:** 02-13-1998 | |
| **Current Fiscal Month/Day:** 12/31 | |
| **The location of the Principal Office:** Address: 1650 WEST BIG BEAVER RD. City or town, State, Zip code, Country: TROY, MI 48084 USA | |
| **The location of the Massachusetts office, if any:** Address: City or town, State, Zip code, Country: | |
| **The name and address of the Registered Agent:** Name: JULIE MORAN Address: 465 WAVERLEY OAKS RD. City or town, State, Zip code, Country: WALTHAM, MA 02452 USA | |

**The Officers and Directors of the Corporation:**

| Title | Individual Name | Address |
|---|---|---|
| PRESIDENT | ALISON ORLANS | 1650 WEST BIG BEAVER RD. TROY, MI 48084 USA |
| TREASURER | LINDA ORLANS | 1650 WEST BIG BEAVER RD. TROY, MI 48084 USA |
| SECRETARY | ALISON ORLANS | 1650 WEST BIG BEAVER RD. TROY, MI 48084 USA |
| DIRECTOR | LINDA ORLANS | 1650 WEST BIG BEAVER RD. TROY, MI |