

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

PAUL JONES
Plaintiff                                Civil Action No. 1:19-cv-11076-FDS

V.

DOLAN CONNLY P.C et al

## **MOTION FOR DEFAULT JUDGMENT**

Defendant Orlans P.C having failed to plead or otherwise defend in this action and its default
having been entered,

Defendants *Orlans P.C*, having failed to plead or otherwise defend in this action and its default
having been entered,

Now, upon application of plaintiff and affidavits demonstrating that defendant owes plaintiff the
sum of $ 14,000 that defendant is not an infant or incompetent person or in the military service
of the United States, and that plaintiff has incurred costs in the sum of $162.00

It is hereby ORDERED, ADJUDGED AND DECREED that plaintiff recover from defendant

_____ the principal amount of $_____, with costs in the

amount of $_____ and prejudgment interest at the rate of _____% from

_____ to _____ in the amount of $_____ for a

total judgment of $_____ with interest as provided by law.

By the Court,

_____

DEPUTY CLERK

DATED: September 13, 2019

The post judgment interest rate effective this date is 0.15 %