# UNITED STATES DISTRICT COURT
# DISRICT OF MASSACHUSETTS

Civil Action 19-cv-11076-FDS

Paul Jones,
**Plaintiff**

v.

Dolan Connly P.C. et al
**Defendant**

## Order of Dismissal

Saylor, D.J.

In accordance with the Order [56] dated December 16, 2019 it is hereby ORDERED that the above-entitled action is DISMISSED.

By the Court,

/s/ Taylor Halley
Deputy Clerk

12/16/2019