UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

PAUL JONES

Plaintiff                                                              Civil Action No. 1:19-cv-11076-FDS

    V.

DOLAN CONNLY P.C et al

## NOTICE OF APPEAL

Now comes the plaintiff Paul Jones to give notice and appeal the court's dismissal of Civil Action No. 1:19-cv-11076-FDS on this 17th day of December 2019.

December 17, 2019

Respectfully Submitted
/s/ *Paul Jones*
Paul Jones
572 Park Street
Stoughton, Ma02072
617-939-5417
Pj22765@gmail.com

Effie L. Gikas,
Orlans PC
465 Waverley Oaks Road, Suite 401
Waltham, Massachusetts 02452
(781) 790-7835
egikas@orlans.com

David A. Marsocci
50 Redfield Street, Suite 202

Boston, MA 02122

(617) 265-3100

dmarsocci@dolanconnly.com

## CERTIFICATE OF SERVICE

I Paul Jones plaintiff Certify that I have mailed a copy to all defendants a true and correct copy of the foregoing has been furnished via USPS mail to all defendants to this action On this 17th day of Dec 2019.

Respectfully Submitted
/s/ *Paul Jones*
Paul Jones
572 Park Street
Stoughton, Ma02072
617-939-5417
Pj22765@gmail.com

Effie L. Gikas,
Orlans PC
465 Waverley Oaks Road, Suite 401
Waltham, Massachusetts 02452
(781) 790-7835
egikas@orlans.com

David A. Marsocci
50 Redfield Street, Suite 202
Boston, MA 02122
(617) 265-3100
dmarsocci@dolanconnly.com