# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

## CLERK'S CERTIFICATE AND APPEALS COVER SHEET

## ABBREVIATED ELECTRONIC RECORD

Case Caption: _____Jones v. Dolan Connly P.C. et al_____

District Court Number: _____19cv11076-FDS_____

Fee:   Paid?   Yes ____   No X   Government filer ____   *In Forma Pauperis* Yes ____   No ____

Motions Pending          Yes ____ No X          Sealed documents          Yes ____ No X
*If yes, document #*          _____          *If yes, document #*          _____

*Ex parte* documents     Yes ____ No X          Transcripts          Yes ____ No X
*If yes, document #*          _____          *If yes, document #*          _____

Notice of Appeal filed by: Plaintiff/Petitioner X___   Defendant/Respondent ____   Other: ____

Appeal from:
## #56 Memorandum and Order, #57 Order of Dismissal
Other information:

I, Robert M. Farrell, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed electronic documents:

## #56, #57, and #58
with the electronic docket sheet, constitute the abbreviated record on appeal in the above entitled case for the Notice of Appeal # _58_____ filed on _December 17, 2019_____.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on _December 18, 2019_.

**ROBERT M. FARRELL**
Clerk of Court

/s/Matthew A. Paine_____
Deputy Clerk

COURT OF APPEALS DOCKET NUMBER ASSIGNED: _____

**PLEASE RETURN TO THE USDC CLERK'S OFFICE**