UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

PAUL JONES

Plaintiff                                                    Civil Action No. 1:19-cv-11076-FDS

      V.

DOLAN CONNLY P.C et al

## PLAINTIFF'S REQUEST FOR A 30 DAY EXSTENTION TO ANSWER DEFENDANT ORLANS P.C, ALLISON AND LINDA ORLANS MOTION TO DISMISS

Now comes the plaintiff Paul Jones to request this honorable court for a 30-day extension to answer defendants above Motion to dismiss, plaintiff needs this extension do to traveling during the holiday.

Plaintiff has conferred with counsel to narrow the issue with the defendant's attorney but she has only agreed to a 10 day extension.

Therefore plaintiff respectfully request the Court for an order extending the time to file an answer to defendants' motion to dismiss up to and including January 19, 2019

December 16, 2019

Respectfully Submitted
/s/ Paul Jones
Paul Jones
572 Park Street
Stoughton, Ma02072
617-939-5417
Pj22765@gmail.com

Effie L. Gikas,
Orlans PC

465 Waverley Oaks Road, Suite 401

Waltham, Massachusetts 02452

(781) 790-7835

egikas@orlans.com

## CERTIFICATE OF SERVICE

I Paul Jones plaintiff Certify that I have mailed a copy to all defendants a true and correct copy of the foregoing has been furnished via certified mail to all defendants to this action On this 16th day of Dec 2019.

Respectfully Submitted
/s/ Paul Jones
Paul Jones
572 Park Street
Stoughton, Ma02072
617-939-5417
Pj22765@gmail.com

Effie L. Gikas,
Orlans PC
465 Waverley Oaks Road, Suite 401
Waltham, Massachusetts 02452
(781) 790-7835
 egikas@orlans.com

## VERIFICATION OF COMPLAINT AND CERTIFICATION

## STATE OF MASSACHUSETTS

## Plaintiff, Paul Jones, states as follows

I am the Plaintiff in this civil proceeding.

I believe that this motion for extension of time to defendants' motion to dismiss (12 B 6) is well grounded in fact and warranted by existing law or by a good faith argument for the extension, modification or law.

I believe that this motion is not interposed for any improper purpose, such as to harass any Defendant(s), cause unnecessary delay to any Defendant(s), or create a needless increase in the cost of litigation to any Defendant(s), named in this Complaint. I have filed this Motion for extension of time in good faith and solely for the purposes set forth in it.

Pursuant to 28 U.S.C. § 1746(2), I, Paul Jones, hereby declare (or certify, verify or state) under penalty of perjury that the foregoing is true and correct.

Paul Jones
/s/ Paul Jones
Dec 16, 2019