# United States Court of Appeals
## For the First Circuit

No. 20-1014

PAUL M. JONES,

Plaintiff - Appellant,

v.

DOLAN CONNLY, P.C.; JAMES W. DOLAN; BARBARA D. CONNLY; KATHLEEN M. ALLEN; DAVID A. MARSOCCI; BANK OF NEW YORK MELLON; GREGORY A. CONNLY; ORLANS, P.C.; LINDA ORLANS; ALISON ORLANS; SELECT PORTFOLIO SERVICING, INC.,

Defendants - Appellees,

CINDY SILVA; JOHN DOE; JANE DOE,

Defendants.

Before

Thompson, Kayatta and Barron,
Circuit Judges.

**JUDGMENT**

Entered: November 15, 2021

Appellant Paul M. Jones appeals from the district court's decision granting the defendants' motions to dismiss. To the extent that we do not deem the appellant's arguments waived, see United States v. Zannino, 895 F.2d 1, 17 (1st Cir. 1990) ("[I]ssues adverted to in a perfunctory manner, unaccompanied by some effort at developed argumentation, are deemed waived."); Butler v. Deutsche Bank Trust Co. Americas, 748 F.3d 28, 36 (1st Cir. 2014) ("[W]e routinely deem waived arguments not timely presented before the district court."), we are unpersuaded by the claims of error. As we discern no basis, after de novo review, to upset the district court's decision, we affirm the judgment of dismissal.

Affirmed. See 1st Cir. Loc. 27.0(c).

By the Court:

Maria R. Hamilton, Clerk

cc:
Paul M. Jones
David A. Marsocci
Peter Francis Carr II
Effie Gikas Tchobanian